826 F.2d 1058
 Wagner (Clarence C.)
v.
Township of Harmar, Domaratz (L. Melody), Martin (Edwin
J.), Harmar Township Board of Supervisors, Estate of
Manning (Charles E.), Colpo (John B.), Walkiewicz (Joseph),
Domaratz (Frederick), Adams (Barbara), Liberati (Michael),
Colopo (Eleanor L.)
 NO. 87-3080
 United States Court of Appeals,
Third Circuit.
 JUL 10, 1987
 
 Appeal From: W.D.Pa.,
 Ziegler, J.,
 
 651 F.Supp. 1286
 
 1
 AFFIRMED.